# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | | |
|---|---|---|
| JOEY WAYNE HATFIELD | ) | No. CV 11-242-MMM (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| BOARD OF PAROLE HEARINGS, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED:  June 15, 2011

_____

HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE